## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Yvette Cuello

                Plaintiff,

v.                                          Case No.: 1:22−cv−04629
                                          Honorable Gary Feinerman

George Daniel

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2022:

      MINUTE entry before the Honorable Gary Feinerman: Motion to dismiss [13] is denied. The complaint's factual allegations are sufficient to state FFHA, assault, battery, and CRLTO claims. The complaint adequately sets forth the alleged improper conduct and the general time frame during which it occurred. Because a complaint need not plead legal theories, Plaintiff was not required to identify the pertinent CRLTO provisions in the complaint. Defendant shall answer the complaint by 12/12/2022. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.