THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yvette Cuello,<br><br>  Plaintiff,<br><br>vs.<br><br>George Daniel,<br><br>  Defendant. | Case No. 22-CV- 4629<br><br>Hon. John F. Kness |

**STIPULATION OF DISMISSAL**

  Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff files this stipulation of dismissal with prejudice, each party to bear its own costs. All parties who have appeared so stipulate.

Dated: April 4, 2023

                So stipulated,

                /s/ Thomas R. Kayes
                Thomas R. Kayes
                THE CIVIL RIGHTS GROUP, LLC
                2045 W Grand Ave, Ste B, PMB 62448
                Chicago, IL 60612
                t. 708.722.2241
                tom@civilrightsgroup.com
                www.civilrightsgroup.com

                Attorneys for Plaintiff

Dated: April 4, 2023

                So stipulated,

                /s/ Felix Gonzalez
                Felix Gonzalez
                ARCHER LAW GROUP
                6839 W Archer Ave
                Chicago, IL 60638
                t. 312.602.9553

felix@lawontarget.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned served this document on all ECF-registered counsel of record by filing it with the Court's CM/ECF system on April 4, 2023.

  /s/ Thomas R. Kayes
Thomas R. Kayes